**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02908-PAB-MEH

KATHLEEN DITTER, an individual and
DREW DITTER, an individual,

      Plaintiffs,

v.

SUBARU CORPORATION, a foreign corporation;
SUBARU OF AMERICA, INC., a New Jersey corporation;
NORTH AMERICAN SUBARU INC., a New Jersey corporation;
SUBARU RESEARCH & DEVELOPMENT, INC., a California corporation;
SUBARU OF INDIANA AUTOMOTIVE, INC., an Indiana corporation; and
JOHN DOE NOS. 1-40

      Defendants.

## DECLARATION OF SATOSHI WADA

I, Satoshi Wada, under the penalty of perjury under the laws of the United States, declare and affirm that the following statements are true and correct to the best of my knowledge, information, and belief:

1. My name is Satoshi Wada. I am a citizen and resident of Japan. I am over eighteen years of age, of sound mind, and otherwise competent to give this Declaration. The facts stated below are in all things true and correct to the best of my knowledge, information and belief.

2. My title is Manager, Legal Department for Subaru Corporation ("SBR"). Accordingly, I am knowledgeable about SBR's business and operations and the subjects set forth in this Declaration.

3. SBR is a Japanese automobile and aerospace manufacturing company with its headquarters in Tokyo, Japan. SBR is a publicly traded company on the Tokyo Stock Exchange.

4844898.1

4. SBR designs and manufactures Subaru brand motor vehicles. Vehicle development and design is completed principally in Japan, and vehicle manufacturing and assembly is completed in Japan and the State of Indiana. SBR does not engage in any of these activities in the State of Colorado.

5. SOA is a New Jersey corporation with its principal place of business in New Jersey.

6. SBR is a separate and distinct legal entity from SOA.

7. SBR and SOA each have their own separate procedures and policies for their respective operations.

8. SBR does not maintain SOA's corporate books and records, nor does it file SOA's tax returns.

9. SOA is the exclusive United States distributor of new Subaru brand vehicles in the United States. SOA, and not SBR, controls the distribution of Subaru vehicles in the United States, including in the State of Colorado.

10. SBR does not make direct sales of Subaru vehicles to dealers or to the general public in the United States, including in the State of Colorado.

11. SBR does not conduct sales campaigns or direct marketing materials to consumers in the United States, including in the State of Colorado.

12. SBR has no employees in the State of Colorado.

13. SBR is not doing or soliciting continuous or systematic business in the State of Colorado.

14. SBR is neither licensed nor authorized to do business anywhere in the United States, including in the State of Colorado. SBR does not have an agent for service of process in the United States, including in the State of Colorado. SBR has not designated SOA as its agent for service of process for litigation filed anywhere in the United States, including the State of Colorado.

15. SBR is not a taxpayer in the United States including the State of Colorado.

16. SBR does not own any property in the State of Colorado.

17. Defending this case in the State of Colorado would be unduly burdensome for SBR because of language differences, the distance involved, and SBR's lack of familiarity with the laws of the State of Colorado. SBR has not anticipated being hauled into court in the State of Colorado and is not familiar with its court procedures or commercial or corporate laws.

Pursuant to 28 U.S.C. § 1746, "Unsworn Declarations Under Penalty of Perjury", I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Tokyo on June 23, 2021

Respectfully Submitted,

By: *Satoshi Wada*

3